UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

      -against-                                      :        18 Cr. 481 (WHP)

Hector Villaneuva,                                    :        ORDER
                         Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Government is to reply to Defendant's letter, ECF no. 70 by January 13, 2021.

Dated: December 28, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.