# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 18 CR 0481-02 (JPC) |
| | ) |
| Hector Villanuenva | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay **Hector Villanueva**, who is accused of an offense or violation based on the following document filed with the court:

 X   Supervised Release Violation Petition

This offense is briefly described as follows: New criminal conduct as described in the petition.

Date: May 21, 2024

_____
Issuing officer's signature

City and state:

Honorable John P. Cronan, U.S. District Judge

_____
Printed name and title

| Return |
|---|
| This warrant was received on (date) _____ , and the person was arrested on (date) _____ at (city and state) _____ |
| Date: 5 / 01 / 25 |
| U.S. MARSHALS SERVICE 500 PEARL ST. Arresting officer's signature NEW YORK, N.Y. 10007 |
| City and state: Ny Ny |
| Printed name and title |